# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of April, two thousand twenty-five.

Before:     Beth Robinson,
                *Circuit Judge.*

_____

Joseph J. Ceccarelli, Susan L. Ceccarelli,

    Plaintiff - Appellants,

  v.

Morgan Stanley Private Bank, N.A., as Original Holder of Ceccarelli Note and as Successor−In−Interest Servicing Agent for presently Unknown Purchasers Does of Ceccarelli Note as Part of Securitized Pool of Residential Mortgage Notes, and

Purchaser Does in the chain of title after sale of Ceccarelli Note being unknown to Plaintiffs, Principals−New Creditors, Successors−in Interest to Defendant Original Holder of Ceccarelli Note under Mortgage Electronic Recording System, Inc. for Member Banks (MERS),

    Defendants - Appellees.

_____

**ORDER**

Docket No. 25-443

    Appellants move for leave to file a special appendix exceeding 300 pages and to amend the caption.

    IT IS HEREBY ORDERED that the motions are GRANTED. The caption shall be amended to conform with the caption listed above.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court