**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 12, 2025
Docket #: 25-443
Short Title: Ceccarelli v. Morgan Stanley Bank, N.A.

DC Docket #: 1:24-cv-6863
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - James Paul Oetken

**NOTICE OF DEFECTIVE FILING**

On May 09, 2025 the **Brief, Special Appendix, Appendix Volumes 1 and 2**, on behalf of the Appellant Joseph J. Ceccarelli, Susan L. Ceccarelli, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
  _____ Missing proof of service
  _____ Served to an incorrect address
  _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
**\_\_\_X\_\_\_ Incorrect caption *(FRAP 32)* – Brief, Special Appendix and Appendix Volumes 1 and 2**
  _____ Wrong color cover *(FRAP 32)*
  _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*

_____ Untimely filing

_____ Incorrect Filing Event

**\_\_X\_\_\_\_ Other: Each Special Appendix volume must be electronically filed separately on the docket. This means there should be three Special Appendix entries on to the docket. Please be sure to provide 6 paper copies each of the brief, special appendix volumes 1-3 and appendix volumes 1 -2. Please create new filings and select the previously used filing types and do not use any "corrected" filing types.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, **no later than May 14, 2025**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8543.